# EXHIBIT G

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

**U.S. Patent No. 8,049,340**

**Claims 1 and 6**

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claims 1 and 6 of U.S. Patent No. 8,049,340 ("the '340 patent") by the MT61K256M32JE-14 (FBGA Code: D9WCW) SGRAM unit produced by Micron ("Micron"). In support thereof, Bell Semic provides the following claim charts.

"Accused Products" as used herein refers to at least devices produced or sold by Micron that are or include semiconductor packaged devices designed to minimize parasitic capacitance between metal layers in a ball grid array integrated circuit package, with the understanding that infringement has also taken place through the manufacture, importation, offer for sale, and/or sale of products including such Accused Products. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as Micron has not yet provided any non-public information. An analysis of Micron's (or other third parties') technical documentation may assist in fully identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Unless otherwise noted, Bell Semic contends that Micron and customers of Micron directly infringe under 35 U.S.C. § 271(a) the '340 patent by selling, offering to sell, making, using, and/or importing semiconductor products designed and/or produced at least in part by the Accused Products. Unless otherwise noted, Bell Semic further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Micron and/or its customers make, use, sell, import, or offer for sale in the United States, or have done the same in the past, without authority, and/or induce or have induced others to make, use, sell, import, or offer for sale in the United States, without authority products, equipment, or services that infringe claims 1 and 6 of the '340 patent, including without limitation, the Accused Products or semiconductor products designed and/or produced at least in part using the Accused Products.

Unless otherwise noted, Bell Semic believes and contends that each element of each claim asserted herein is literally met through Micron's provision of the Accused Products. However, to the extent that Micron attempts to allege that any asserted claim element is not literally met, Bell Semic believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, Bell Semic did not identify any substantial differences between the elements of the patent

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

claims and the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Bell Semic asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Bell Semic reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Micron.  Bell Semic also reserves the right to amend this infringement analysis by citing other claims of the '340 patent, not listed in the claim chart, that are infringed by the Accused Products.  Bell Semic further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

| Claims | Accused Products[1] |
|---|---|
| 1. An integrated circuit package substrate comprising: | To the extent that the preamble is found to be limiting, the Micron MT61K256M32JE-14 SGRAM has an integrated circuit package substrate.<br><br>Component – Top View<br><br>Component – Bottom View/BGA<br><br>X-Ray – Top View<br><br>X-Ray Side View |

---

[1] The claims asserted, and the theories set forth herein are based on Bell Semic's present understanding from publicly available information. As of the service of these contentions, Defendant has not produced any technical documents. Bell Semic reserves the right to supplement or amend these contentions as permitted by P.R. 3-6 and any Orders of the Court as discovery progresses. Further, these contentions contain images and examples in order to illustrate Bell Semic's infringement theories. As such, the images and examples are not intended, and should not be read, as narrowing or limiting the scope of these contentions.

3

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

| | |
|---|---|
| a first and a second electrically conductive layer separated from each other by an electrically insulating layer with no intermediate conductive layer therebetween; | The integrated circuit package substrate of the Micron MT61K256M32JE-14 SGRAM has 4 metal layers and 3 via layers, including a first electrically conductive layer (Metal Layer 4) and a second electrically conductive layer (Metal Layer 3) separated from each other by an electrically insulating layer (Via Layer 3) with no intermediate conductive layer therebetween. <br><br>    <br> Metal Layer 3     Via Layer 3     Metal Layer 4 <br> After Removing BGA balls and solder mask layer |
| a plurality of rows of contact pads formed in the first electrically conductive layer for making a direct | The integrated circuit package substrate of the Micron MT61K256M32JE-14 SGRAM has a plurality of rows of contact pads (see red boxes below) formed in the first electrically conductive layer (metal layer 4) for making a direct connection between the integrated circuit package |

4

| | |
|---|---|
| connection between the integrated circuit package substrate and a printed circuit board; and | substrate and a printed circuit board. Shown below are the contact pads of the Micron MT61K256M32JE-14 SGRAM after removing BGA balls and solder mask layer.<br><br>Contact Pads — Metal Layer 4 |
| a plurality of cutouts formed in the second electrically conductive layer for reducing parasitic capacitance between the second electrically conductive layer and the first electrically conductive layer, | A plurality of cutouts (see blue boxes below) are formed in the second electrically conductive layer (Metal Layer 3) for reducing parasitic capacitance between the second electrically conductive layer and the first electrically conductive layer (Metal Layer 4). |

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

| | |
|---|---|
| | <br>Metal Layer 3 |
| wherein each cutout encloses an electrically insulating area within the second electrically conductive layer, and wherein each electrically insulating area completely overlaps a | Each cutout encloses an electrically insulating area within the second electrically conductive layer (see yellow box in images below), and each electrically insulating area completely overlaps a corresponding one of the contact pads formed in the first electrically conductive layer (Metal Layer 4) such that there is substantially no overlap of the rows of contact pads with metal in Metal Layer 3. |

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**

| | |
|---|---|
| corresponding one of the contact pads formed in the first electrically conductive layer such that there is substantially no overlap of the rows of contact pads with metal in the second electrically conductive layer. |  <br><br>Metal Layer 4 superimposed atop Metal Layer 3     Close-up of superimposed image |
| 6. The integrated circuit package substrate of claim 1, wherein the second electrically conductive layer comprises a routing layer electrically connected with the first electrically conductive layer, the cutouts being arranged in rows corresponding to and aligned with the rows of contact pads. | The second electrically conductive layer (Metal Layer 3) of the substrate of the Micron MT61K256M32JE-14 SGRAM comprises a routing layer electrically connected with the first electrically conductive layer (Metal Layer 4), the cutouts (see blue box below) being arranged in rows corresponding to and aligned with the rows of contact pads. |

**Micron and Customers**
**U.S. Patent No. 8,049,340 (the Hall '340 Patent)**



Metal Layer 3

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

8